Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN L. COLWELL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC, a domestic limited liability company;<br><br>Defendant. | Case No.: 2:16-cv-01474-APG-CWH<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBITS B, C, D AND E TO MOTION FOR SUMMARY JUDGMENT UNDER SEAL |

Defendant Clark County Collection Service, LLC's ("CCCS") Motion for Leave to File Exhibits B, C, D and E to its Motion for Summary Judgment ("Motion") having come before the Court, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The unredacted versions of Exhibits B, C, D and E to the Motion may be filed under seal.

**IT IS SO ORDERED.**

Dated:  August 26, 2016.

_____
UNITED STATES DISTRICT JUDGE

9054563_1