Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN L. COLWELL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC, a domestic limited liability company;<br><br>Defendant. | Case No. : 2:16-cv-01474-APG-CWH<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT A TO DECLARATION OF PHILLIP M. KITKOWSKI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND REPLY MEMORANDUM BY CLARK COUNTY COLLECTION SERVICE, LLC UNDER SEAL |

Defendant Clark County Collection Service, LLC's ("CCCS") Motion for Leave to File Under Seal Exhibit A To Declaration Of Phillip M. Kitkowski In Support of Motion for Summary Judgment (the "Declaration") having come before the Court, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The unredacted version of Exhibit A to the Declaration may be filed under seal.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 29, 2016

9140175_1