**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KATHRYN L. COLWELL,<br><br>     Plaintiff,<br><br>v.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC,<br><br>     Defendant. | Case No. 2:16-CV-1474-APG-CWH<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT**<br><br>(ECF No. 6) |

In light of the parties' notice of settlement (ECF No. 20),

IT IS ORDERED that defendant Clark County Collection Service, LLC's motion for summary judgment (ECF No. 6) is DENIED without prejudice as moot.

Dated: October 31, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE