Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN L. COLWELL an individual;<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC, a domestic limited-liability company;<br><br>Defendant. | Case No.: 2:16-cv-01474-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION

Plaintiff, Kathryn L. Colwell ("Plaintiff"), and Defendant, Clark County Collection Service, LLC ("CCCS") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully stipulate to the dismissal of the above-captioned matter with prejudice under FRCP 41(a), with each party bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: November 28, 2016

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 28, 2016

**HOLLAND & HART LLP**

*/s/ Patrick Reilly*
Patrick Reilly, Esq.
Nevada Bar No. 6103
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
preilly@hollandhart.com
*Attorneys for Defendant*

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
CLARK COUNTY COLLECTION SERVICE, LLC WITH PREJUDICE**

Pursuant to the stipulation of the Parties under FRCP 41(a), this action is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 30, 2016